✎JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** III     **Investigating Agency** HSI/IRS

**City** Swampscott/Boston     **Related Case Information:**

**County** Essex / Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 23-mj-06002-MPK
Search Warrant Case Number 21-2445-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Craig Clayton     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) 52 Parkside Drive, Cranston, Rhode Island 02910

Birth date (Yr only): 1949    SSN (last4#): 6825    Sex: M    Race: _____    Nationality: _____

**Defense Counsel if known:** Josh Hanye (FPD)     Address: 51 Sleeper St., 5th Floor, Boston MA 02210

**Bar Number** _____     617-223-8061    joshua_hanye@fd.org

**U.S. Attorney Information:**

**AUSA** Ian Stearns     Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** 02/23/2023

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. M. Page Kelley on 2/23/2023

**Charging Document:** ☐ Complaint ☑ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/17/2023     Signature of AUSA: /s/ Ian J. Stearns

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Craig Clayton

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 |
| Set 2 | 18 U.S.C. § 1512 | Obstruction of Justice | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____