## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:23-cr-10223-RGS |
| ) | |
| CRAIG CLAYTON ) | |
| ) | |

## MOTION FOR RULE 11 HEARING

Now comes defendant Craig Clayton and respectfully moves this Honorable Court to schedule a Rule 11 Hearing. The parties have conferred and the defendant proposes that the hearing be scheduled as soon as convenient on or after March 17, 2025. In support thereof, Mr. Clayton intends to plead guilty to the Information, Dkt. 21, pursuant to a revised plea agreement which will be provided to the Court shortly.

                                                           Respectfully submitted,
                                                           CRAIG CLAYTON
                                                           by his attorney
                                                           */s/ Joshua Hanye*
                                                           Joshua Hanye, BBO#661686
                                                           FEDERAL PUBLIC DEFENDER OFFICE
                                                           51 Sleeper Street, 5th Floor
                                                           Boston, MA 02210
                                                           617-223-8061
                                                           Joshua_Hanye@fd.org

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

Date: February 26, 2025                                                          */s/ Joshua Hanye*
                                                                                               Joshua Hanye